AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the _____

RECEIVED
NOV 16 2022
AT 8:30___
WILLIAM T. WALSH
CLERK

Jamal M. Henry )
*Petitioner* )
)
v. ) Case No. _____
) *(Supplied by Clerk of Court)*
)
Atlantic County Justice Facility )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Jamal Montà Henry
   (b) Other names you have used: Pooh

2. Place of confinement:
   (a) Name of institution: Atlantic County Justice Facility (Public Safety build.
   (b) Address: 5060 Atlantic Avenue, Mayslanding, New Jersey 08330
   (c) Your identification number: _____

3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: _____
     (b) Docket number of criminal case: _____
     (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

   RECEIVED
   NOV 1 6 2022
   8:00
   WILLIAM T. WALSH
   CLERK

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Superior Court OF NEW JERSEY For Atlantic County NEW JERSEY, 4997 Unami Blvd. Mayslanding NJ. 0833

   (b) Docket number, case number, or opinion number: 22000312

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Arrest, Detention, Prosecution OF Jamal M. Henry portrayed by Atlantic City Police Dept, Atlantic County Prosecutor's office ON January 30, 2022, May 24, 2022 and June 1, 2022

   (d) Date of the decision or action: January 30, 2022 and May 24, 2022, June 1, 2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes      ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Atlantic County Public Defender's Office

   (2) Date of filing: June 1, 2022

   (3) Docket number, case number, or opinion number: 22000312

   (4) Result: Ineffective assistance OF Counsel,

   (5) Date of result: Still on going

   (6) Issues raised: unlawful Arrest, illegal arrest, Prosecutorial misconduct Malfeasance, Kidnapping, Torcher, human trafficking at the hands OF Atlantic City, Police Dept, And Atlantic County prosecutor's office, also Atlantic County Public Defender's Office As well as Direct violations oF my 6th, 8th and 14th Amendment Rights OF the U.S. Constitution.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: The Superior Court of New Jersey For Atlantic County New Jersey

(2) Date of filing: August 30, 2022

(3) Docket number, case number, or opinion number: 22000312

(4) Result: No Attempt to Respect Nor honor Due process by Atlantic County Courts.

(5) Date of result: Still ongoing

(6) Issues raised: I filed a Motion to dissmiss the Indictment due to the issues Raised on Question 7 of this packet along with Fisical evidence, presented to me by the prosecution that's of the most Exculpatory value to my abduction, and being held hostage by Atlantic County New Jersey.

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: U.S. District Court of New Jersey

(2) Date of filing: September 23, 2022

(3) Docket number, case number, or opinion number: 1:22-CV-05802-RMB-SAK

(4) Result: In the process to litigate the Appeal

(5) Date of result: Still ongoing.

(6) Issues raised: That Atlantic County has violated my 6th, 8th and 14th amendment Rights of the U.S. Constitution, Also Atlantic County has Committed Criminal acts to Arrest, detain, and prosecute me.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☑ Yes      ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: A Complaint to the FBI and Attorney General For the State OF New Jersey
    (b) Name of the authority, agency, or court: Federal Bureau OF Investigation and the Attorney General For the State OF New Jersey.
    (c) Date of filing: 9-23-2022
    (d) Docket number, case number, or opinion number: _____
    (e) Result: None
    (f) Date of result: _____
    (g) Issues raised: The Issues Explained in Q. 7, 8, 9. Constitutional Violations by Atlantic County, and Malfeasance, Criminal acts portrayed by Atlantic County.

    **Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** I was Arrested on January 30, 2022, by Atlantic City Police Dept. on an anonimous 911 Call placed by someone 3 hours away from Atlantic City in Old Bridge, New Jersey. On the allegations that I had a Firearm that was never possessed by me, Nor Never was there any Firearm located.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was the Security guard during the Said time of 233 N. New York Ave Apartments, I was the Supervisor of Security For New york Ave, and Baltic Plaza Apartments, Employed by LEE Security Co, Registered under Protos Security, I was arrested on duty at the time due to False alegations of my having a Firearm, Never Did I have a gun, I was a unarmed Security guard.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

GROUND TWO: Atlantic City Police Placed me in handcuffs on January 30, 2022, however Judge Henry Warner didn't Sign the arrest warrant until January 31, 2022 making my arrest a abduction, and Kidnapping, due to New Jersey law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

New Jersey is a bail Reform State hendering the allotted Exercise of the 8th Amendment, and New Jersey Constitution Article (1) of that Said Constitution, Therefore law enforcement Can only place a Citizen under arrest at the Signature of a Judge due to the Fact that there's No Bail in New Jersey law enforcement Can only issue a Summons to Appear in Court, Without the Signature of a Magistrate Judge or Above.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

GROUND THREE: Atlantic County Prosecutor's Office, Violate N.J.S.A. 2C:28-6, and 2C:28-7 Tampering with Public Records/ evidence to enhance my PSA Report points to hinder any opportunity of my being Released from the Atlantic County Justice Faci

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On Pg. 1oF 4, of my Criminal history Report it shows that I was arrested on February 12, 1999, in South Carolina For Resisting arrest as a Juvenile, during that time, however on Pg 3 oF 4 the prosecution Spliced that same Cyde event and Altered the date From February 12, 1999 to February 12, 2012, however both Iterations States that there's 2 of that occurance Under Cycle 1 charge 3, that's impossible that Cycle 1 can occur twice 13 years apart to date.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: To vindicate me of this most horrific travesty potrayed by Atlantic County law enforcement, and Criminal Justice System, Not to be kidnapped, Terrorized and human trafficked by my own government. To be compensated for lost wages, Pain and Suffering, Mental anguish, defamation of Character, and to have Atlantic City Police officers and Atlantic County prosecutors disciplined according to what the law stipulates and Specifies as the punishment for all violations committed. Documentation Attached and Marked as key evidence of the illegality of thing done to abduct and trafficked me.
I Request Oral argument to further the discription of my Rights that has been violated and to provide Names of perpotrators envolve.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11/11/2022    _____
                     Signature of Petitioner

                     _____
                     Signature of Attorney or other authorized person, if any