AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

JAMAL M. HENRY
*Petitioner*

v.

Atlantic County Justice Facility
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Amended (JH)
1. 1:22-CV-05802-RMB-SAK
Case No. 2: 1:22-CV-06637-RMB
*(Supplied by Clerk of Court)*

RECEIVED
JAN 17 2023
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: JAMAL MONT'A HENRY
   (b) Other names you have used: Pooh

2. Place of confinement:
   (a) Name of institution: Atlantic County Justice Facility (Public Safety Bldg)
   (b) Address: 5060 Atlantic Avenue Mayslanding N.J. 08330

   (c) Your identification number: 01-284189

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☑ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☑ Other (explain): The Criminal actions that was Potrayed by ofc. Rizwan BAkhat, and the Atlantic County prosecutor's office in the act of Falsely arresting, Imprisoning, Indictment, 4th, 6th, 8th, 14th,

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: NEW Jersey Superior Court FoR Atlantic County, Atlantic County Prosecutor's office 4997 Unami BLVD Maysland N.J. 0833
   (b) Docket number, case number, or opinion number: 22000312
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Arrest, Detention, Indictment, and prosecution of My person Jamal M. Henry, potrayed by Atlantic City police Dept, Atlantic County prosecutor's office on (January 30, 2022, May 24, 2022)(June 1, 2022)
   (d) Date of the decision or action: (January 30, 2022)(May 24, 2022) June 1, 2022

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes     ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Atlantic County Public Defender's Office
   (2) Date of filing: June 1, 2022
   (3) Docket number, case number, or opinion number: 22 000 312
   (4) Result: Ineffective assistance OF Counsel.
   (5) Date of result: Still on going
   (6) Issues raised: Unlawful Arrest, False arrest, Prosecutorial misconduct, Malfeasance, Kidnapping, Tourcher, human trafficking at the hands of Atlantic City police Dept, Atlantic Prosecutor's office, Also Atlantic County Public Defender's office Direct violations of my 4th, 6th →

(Continuation of Pg 3 of 10)   (Amended ᴊᴴ)

1) 1:22-CV-05802-RMB-SAK
2) 1:22-CV-06637-RMB

Q. 5

Answer: Continuation of Question (5.)
Amendment Rights Violation that has Caused me to have been Locked up now Since January 30, 2022 3 weeks Short of a year of being incarcerated without no problable Cause, To futher describe the prosecution Committed a Crime of the 3ᴿᴰ Degree according to N.J.S.A 2C:28-6 and 2C:28-7(B)(6)

Q. 7

Answer: Continuation of Question (7)
8th, and 14th amendment Rights of the U.S. Constitution the Constitution of New Jersey and Criminal acts Violating N.J.S.A. 2C:28-6 and 2C:28-7(B)(6).

(Pa 3 of 10 Continuation)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: The Superior Court OF NEW Jersey FOR Atlantic County New Jersey
   (2) Date of filing: August 30, 2022
   (3) Docket number, case number, or opinion number: 22000312
   (4) Result: NO Respect of the my Due processed Rights Entitled by
   (5) Date of result: Still on going
   (6) Issues raised: I filed a motion to dissmiss the Indictment due to the issues raised on Question (7) of this Packet along with Physical Evidence, that was presented to me by the Prosecution, and being of the most Exculpatory nature for me! That Just Solidify my Constitutional Rights, being violated, basically taken away by Atlantic County NEW Jersey.

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N.EW JERSEY Superior Court Appellant Division
   (2) Date of filing: November 21, 2022
   (3) Docket number, case number, or opinion number: 22000312
   (4) Result: Refused to Render assistance in the Matter
   (5) Date of result: December 19, 2022
   (6) Issues raised: The denial of my Constitutional Rights of the U.S. Constitution, and NEW Jersey Constitution protrayed by the Lower tribunal of the NEW Jersey Superior Court and Prosecution

(Attachment)

(Continuation of Pg 4 OF 10)   (Amended JH)

1.) 1:22-CV-05802-BMB-SAK
2.) 1:22-CV-06637-BMB

Q.8
ANSWER: Continuation to Q8(A)-(5)
my Constitutional Rights that assures my guarantees of Due process of Law.

(Pg 4 OF 10 Continuation)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes      ☑ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

         ☐ Yes      ☑ No

         If "Yes," provide:

         (1) Name of court: _____
         (2) Case number: _____
         (3) Date of filing: _____
         (4) Result: _____
         (5) Date of result: _____
         (6) Issues raised: _____

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

         ☐ Yes      ☑ No

         If "Yes," provide:

         (1) Name of court: _____
         (2) Case number: _____
         (3) Date of filing: _____
         (4) Result: _____
         (5) Date of result: _____
         (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes            ☒ No

    If "Yes," provide:

    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes            ☒ No

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d) Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes            ☒ No

        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: A Complaint to the FBI and attorney General For the State of New Jersey
(b) Name of the authority, agency, or court: Federal Buearu of Investigation and the Attorney General For the State of New Jersey.
(c) Date of filing: 9-23-2022
(d) Docket number, case number, or opinion number: _____
(e) Result: No Response Replied
(f) Date of result: _____
(g) Issues raised: The issues explained in Q. 7, 8, 9, Of this Petition that Shows my Complaint of my Civil Rights being Direspected, Violated and blaitantly ignored by Atlantic County Law Enforcement and Criminal Justice System, to Intail Malfeasance, Criminal acts protrayed to Remove me from Society.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I was arrested on January 30, 2022, by Atlantic City Police Dept, on an erroneous 911 Call placed by Someone 3 hours away from atlantic City, in Old Bridge New Jersey on allegations, that I Supposedly had a firearm, that was never possessed by me. No firearm was never located by ACPD.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was Security at the time and location of the alleged accusation of 233. N. NEW YORK Ave. Appartments, I'm also was the Supervising Security guard For New York Ave. and Baltic Plaza apartments, Employed by LEE Security Co. Registered under Protos Security. I was Falsely arrested while on duty at the time due to False allegations of my having a firearm I Never have had Possession OR ownership to access a firearm IN my life.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

GROUND TWO: Atlantic County City Police placed me in handcuffs on January, 30, 2022 however Judge HENRY Warner didn't Sign the arrest Warrant until January 31, 2022 making arrest an abduction, and Kidnapping under New Jersey Bail Reform Laws.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

NEW JERSEY is a bail Reform state hindering the normal exercise of the 8th amendment of the U.S. Constitution, as well as New Jersey Constitution article One. Therefore Law Enforcement Can only place a Citizen under arrest at the Signature of a Judge Authorizing the arrest Lawfuly There was No Probable Cause No Community Care Taken, Evidence, OR the described proof to Show Emergency Response doctrine, due to a person not able obtain a bail, Officers Can only issue a Summons to appear in Court.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

GROUND THREE: Atlantic County Prosecutor's Office violated NJSA. 2C:28-6 and 2C:28-7 Tampering With Public Records/Evidence to enhance my PSA report points to hinder any opportunity of me being released from Custody.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On Pg 1 of 4 of my Criminal history Report it shows that I Was arrested on Febuary 12, 1999 in South Carolina for Resisting Arrest as a Juvenile, during that time in history, however on Pg. 3 of 4 the prosecution Spliced the Same labled Cycle Event, and altered the date From Febuary 12, 1999 to Febuary 12, 2012 to make me seem like a Regular alluder of arrest. Cycle 1 charge 3 is labled 4 both dates listed on Pg. 1 of 4 and 3 of 4, See attached documents, Presented by the prosecution.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: To be Vindicated From these Ridiculous Charges at the insistance of Atlantic County, To Be Emergency Release From imprisonment Immediately, and to have my Constitutional Rights, honored and Respected to be Compesated For lost suffered Because of this Tragic ordeal, And to have Criminal proceedings to Secure my 14th amendment Rights of the U.S Constitutions, To Enjoy my obligated wRight to Equal Protections of the Law,

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/11/2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any